UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

THIERNO BAH, on behalf of himself and
all others similarly situated,

        Plaintiff(s),

-v-                                    No. 08 Civ. 9380 (LTS)(AJP)

SHOE MANIA, INC., et al.,

        Defendant(s).

-----------------------------------------------------------x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 0 2 2009

### ORDER

        For the reasons stated on the record at the January 30, 2009, conference, Defendants' motion to quash Plaintiff's subpoena, made on December 23, 2008, is granted without prejudice to Plaintiff's renewal of his discovery request.

        SO ORDERED.

Dated: New York, New York
       February 2, 2009

                                                      LAURA TAYLOR SWAIN
                                                      United States District Judge